No. 87–2107. LEWIS v. ANCLOTE MANOR HOSPITAL, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–2108. BLACKFEET INDIAN TRIBE v. MONTANA POWER CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–2112. BURAK v. GENERAL AMERICAN LIFE INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 87–2113. JACKSON v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 87–2115. BAIRD ET VIR v. BOHLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–2116. GILBERT v. OFFICE OF BAR COUNSEL OF THE DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 87–2117. JAMESBURY CORP. v. LITTON INDUSTRIAL PRODUCTS, INC. C. A. Fed. Cir. Certiorari denied.

No. 87–2119. MOLENAAR v. NEW JERSEY. Super. Ct: N. J., App. Div. Certiorari denied.

No. 87–2121. DOBARD v. OSCAR DASTE & SONS, INC. Ct. App. La., 4th Cir. Certiorari denied.

No. 87–2122. FERGUSON v. BERRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–2124. UNIMET CORP. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC. C. A. 6th Cir. Certiorari denied.

No. 87–2125. MILES v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.